

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 19, 2013

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **SOWDEN, WEBB MCCANN** | § | **CASE NO: 10-36441-sgj-7** |
| | § | |
| *Debtor.* | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | **ADVERSARY NO. 12-32000-sgj** |
| | § | |
| **WEBB MCCANN SOWDEN, III** | § | |
| *Trustee of the Webb and Marinelle Sowden Irrevocable Trust* | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| **MARINELLE SOWDEN** | § | |
| *Trustee of the Webb and Marinelle Sowden Irrevocable Trust* | § | |
| | § | |
| *Defendant.* | § | |

**ORDER DISMISSING ADVERSARY PURSUANT TO RULE 41(a)(1)(A)(i)**

**CAME ON FOR CONSIDERATION** the Trustee's Motion to Dismiss Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and upon Consideration of the same, the Court is of the opinion that such Motion should be granted.  It is therefore,

**ORDERED** that the Trustee's claims are in all things dismissed as to Defendant Webb McCann Sowden, III, Trustee of the Webb and Marinelle Sowden Irrevocable Trust and Defendant Marinelle Sowden, Trustee of the Webb and Marinelle Sowden Irrevocable Trust, with prejudice to the rights of Trustee to re-file same, with each party to bear their own costs and attorney's fees.

# # #   END OF ORDER   # # #

COUNSEL FOR THE CHAPTER 7 TRUSTEE

By: */s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT  17999450
6505 W. Park Blvd.
Suite 306
Plano, Texas  75093
Telephone: 214-234-2500

SEIDEL LAW FIRM